A. SOLARY AND G. H. BROWN, PARTNERS DOING BUSI-
NESS AS SOLARY & BROWN, PLAINTIFFS IN ERROR,
VS. J. D. WEED AND WILLIAM D. KRENSON, PART-
NERS DOING BUSINESS AS J. D. WEED & CO., DE-
FENDANTS IN ERROR.

Where a writ of error was issued in August, 1896, and made re-
turnable to the January term, 1897, of the appellate court,
and no *scire facias ad audiendum errores* has been issued and
served on the defendants in error, who have in nowise ap-
peared in the apellate court, such cause will be dismissed.

Writ of error to the Circuit Court for Duval County.

*A. W. Cockrell & Son*, for Plaintiffs in Error.
No appearance for Defendants in Error.

PER CURIAM

The above styled cause came on for final disposition
in its regular order and was referred by the court to two
of its Commissioners, Maxwell and Glen, for examination
who have reported that the same should be dismissed be-
cause of a want of service of any *scire facias ad audi-
endum errores* on defendants in error, and it appearing
to the court that the writ of error in the cause was sued
out on the twenty-seventh day of August, A. D. 1896,
returnable to the January term, A. D. 1897, of this court
and that no *scire facias* has been issued and served upon
defendants in error and that they have not appeared in
this court, it is, therefore, ordered and adjudged that said
writ of error be and the same is hereby dismissed at cost
of plaintiff in error, A. Solary.

(Chief-Justice TAYLOR, on account of sickness in his
family, did not participate in this decision.)